```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLARA LUZ MOSCOSO,                                              JUDGMENT
                                                                08-CV- 4734 (JG)
                    Plaintiff,

        -against-

                                                                FILED
MICHAEL J. ASTRUE,                                              IN CLERK'S OFFICE
Commissioner of Social Security,                            U.S. DISTRICT COURT E.D.N.Y.

                                                              ★  JUN 09 2009  ★

                    Defendant.
------------------------------------------------------------X   BROOKLYN OFFICE
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 8, 2009, granting defendant's motion for judgment on the pleadings; and denying plaintiff's cross-motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is granted; and that plaintiff's cross-motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
       June 09, 2009

                                                        s/Robert C. Heinemann
                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court